Before the Third Division, October 7, 1948

No. 52595.—Goodman & Company v. United States, petition 6554–R (Indianapolis).

Opinion by Cline, J. When the case was called for trial there was no appearance on the part of the petitioner. Counsel for the Government moved that the petition be dismissed, stating that in addition to the court notice, he personally advised the petitioner of the hearing and never received a response. The motion was therefore granted.